**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:06CV265**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **$16,920.00 IN UNITED STATES CURRENCY, and** | ) | |
| | ) | |
| **REAL PROPERTY AT 565 JENKINS ROAD, CANTON, HAYWOOD COUNTY, NORTH CAROLINA, DESCRIBED IN DEED BOOK 467, PAGE 20, OF THE HAYWOOD COUNTY, NORTH CAROLINA PUBLIC REGISTRY,** | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **JILL ROGERS,** | ) | |
| | ) | |
| **Claimant.** | ) | |

**THIS MATTER** is before the Court on the Memorandum and

Recommendation of United States Magistrate Judge Dennis Howell.

Pursuant to standing orders of designation and 28 U.S.C. § 636, the

undersigned referred the Plaintiff's motion to dismiss to the Magistrate Judge for a recommendation as to disposition.

The Court has reviewed the pleadings in this matter and notes the claimant has failed to file any objection to the Memorandum and Recommendation.  The Court will, therefore, adopt it with minor clarifications.[1]

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to dismiss, deemed by the Magistrate Judge to be a motion to strike, is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the motion to strike is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the motion to dismiss is deemed to be a motion for judgment on pleadings and as such is hereby **GRANTED** as to the Defendant Currency and **DENIED** as to the Defendant Real Property; and

---

[1]Because the use of the word "sanction" may have unintended implications, the undersigned will substitute a directive to counsel.

**IT IS FURTHER ORDERED** that the Claimant's counsel shall associate with his law partner in connection with this civil forfeiture matter pursuant to the Court's directive.

Signed: June 11, 2007

Lacy H. Thornburg
United States District Judge