# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

CIVIL NO. 1:06CV265

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JUDGMENT ON THE PLEADINGS |
| **$16,920.00 IN UNITED STATES** ) | UNDER |
| **CURRENCY** ) | FED. R. CIV. P. 12(c) |
| ) | |
| and ) | AND |
| ) | |
| **REAL PROPERTY AT 565 JENKINS** ) | FINAL ORDER OF FOREITURE |
| **ROAD, CANTON, HAYWOOD** ) | UNDER |
| **COUNTY, NORTH CAROLINA,** ) | 21 U.S.C. § 881 (a)(7) |
| **DESCRIBED IN DEED BOOK 467,** ) | AND |
| **PAGE 20, OF THE HAYWOOD** ) | 18 U.S.C. § 983(d)(5)(B) |
| **COUNTY, NORTH CAROLINA,** ) | |
| **PUBLIC REGISTRY** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the United States' Motion for Judgment on the Pleadings under Fed. R. Civ. P. 12(c) and a Final Order of Forfeiture under 21 U.S.C. § 881(a)(7) and 18 U.S.C. § 983(d)(5)(B) against the Defendant real property.

For the reasons stated in the motion and there being no response filed by the claimant Jill Rogers,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** the Government's Motion for Judgment by Default, Entry of Judgment, and Final Order of forfeiture against the **DEFENDANT REAL PROPERTY:**

1

**565 JENKINS ROAD, CANTON, HAYWOOD COUNTY, NORTH CAROLINA, DESCRIBED IN DEED BOOK 467, PAGE 20, OF THE HAYWOOD COUNTY, NORTH CAROLINA, PUBLIC REGISTRY**

is **ALLOWED** and judgment of forfeiture is entered in favor of the United States against all persons and entities in the world; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any and all right, title and interest of all persons in the world in or to the Defendant property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, after the sale of the Defendant real property according to the standard practice of the United States and its agencies, the United States shall pay one-half of the proceeds of the sale, after expenses, to Claimant Jill Rogers, in accordance with 18 U.S.C. § 983(d)(5)(B).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant property as provided by law.

**IT IS FURTHER ORDERED** that the parties shall bear their own expenses, including attorney's fees.

Signed: December 7, 2007

Lacy H. Thornburg
United States District Judge