# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV265

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| $16,920.00 IN UNITED STATES ) | |
| CURRENCY, and ) | |
| ) | |
| REAL PROPERTY AT 565 JENKINS ) | |
| ROAD, CANTON, HAYWOOD ) | |
| COUNTY, NORTH CAROLINA, ) | |
| DESCRIBED IN DEED BOOK 467, ) | |
| PAGE 20, OF THE HAYWOOD ) | |
| COUNTY, NORTH CAROLINA ) | |
| PUBLIC REGISTRY, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| And ) | |
| ) | |
| JILL ROGERS, ) | |
| ) | |
| Claimant. ) | |

**THIS MATTER** is before the Court on the Claimant's motion to stay eviction or other disposition by the United States Marshal.

For the reasons set forth in the Government's answer to Claimant's motion to stay,

**IT IS, THEREFORE, ORDERED** that the Claimant's motion to stay is hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that no action be taken by the Government or the United States Marshal to evict or otherwise dispose of the disputed property herein until such time as the Court issues a ruling on the Claimant's motion to set aside the Final Judgment.

Signed: January 14, 2008

Lacy H. Thornburg
United States District Judge