UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV265

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AMENDED** |
| | ) | **JUDGMENT ON THE PLEADINGS** |
| $16,920.00 IN UNITED STATES CURRENCY | ) | **UNDER** |
| | ) | **FED. R. CIV. P. 12(c)** |
| | ) | |
| and | ) | **AND** |
| | ) | |
| REAL PROPERTY AT 565 JENKINS ROAD, CANTON, HAYWOOD COUNTY, NORTH CAROLINA, DESCRIBED IN DEED BOOK 467, PAGE 20, OF THE HAYWOOD COUNTY, NORTH CAROLINA, PUBLIC REGISTRY | ) ) ) ) ) ) ) | **FINAL ORDER OF FORFEITURE UNDER 21 U.S.C. § 881 (a)(7) AND 18 U.S.C. § 983(d)(5)(B)** |
| | ) | |
| Defendants. | ) ) | |

**For the reasons stated** in the Memorandum and Order filed herewith, the Court's Judgment on the Pleadings and Final Order of Forfeiture filed December 7, 2007, is amended as follows:

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** the Government's Motion for Judgment by Default, Entry of Judgment, and Final Order of forfeiture against the **DEFENDANT REAL PROPERTY:**

> 565 JENKINS ROAD, CANTON, HAYWOOD COUNTY,
> NORTH CAROLINA, DESCRIBED IN DEED BOOK 467,

1

PAGE 20, OF THE HAYWOOD COUNTY, NORTH CAROLINA, PUBLIC REGISTRY

is **ALLOWED** and judgment of forfeiture is entered in favor of the United States against all persons and entities in the world; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any and all right, title and interest of all persons in the world in or to the Defendant property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Claimant, as an innocent owner, is permitted to retain the Defendant property, subject to a lien in favor of the Government to the extent of the forfeitable interest in the Defendant property, in accordance with 18 U.S.C. § 983(d)(5)(C). For purposes of this action, the forfeitable interest is one-half of a joint tenancy with right of survivorship.

**IT IS FURTHER ORDERED** that the parties shall bear their own expenses, including attorney's fees.

Signed: April 17, 2008

Lacy H. Thornburg
United States District Judge